```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 08292
   JAMILA M MARTIN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-3255


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/09/2005 and was confirmed 04/21/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  33.00%.

     The case was paid in full 08/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                                 PAID         PAID
--------------------------------------------------------------------------------
AMERICAN GENERAL FINANCI  SECURED              250.00           14.04        250.00
AMERICAN GENERAL FINANCI  UNSECURED           4032.00             .00       1330.56
RESURGENT CAPITAL SERVIC  SECURED              234.62           13.30        234.62
BANK ONE                  UNSECURED         NOT FILED             .00           .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG          .00              .00           .00
MMCA                      SECURED              808.15          509.66        808.15
MITSUBISHI MOTORS CREDIT  UNSECURED           8457.44             .00       2790.96
WELLS FARGO FINANCIAL NA  SECURED              250.00           14.04        250.00
WELLS FARGO FINANCIAL NA  UNSECURED         NOT FILED             .00           .00
WORLD FINANCIAL NETWORK   UNSECURED             819.74            .00        270.51
RESURGENT CAPITAL SERVIC  UNSECURED            1824.89            .00        602.21
CAPITAL ONE BANK          UNSECURED         NOT FILED             .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED           11835.74            .00       3905.79
RESURGENT CAPITAL SERVIC  UNSECURED            6859.87            .00       2263.76
RESURGENT CAPITAL SERVIC  UNSECURED             712.02            .00        234.97
ECAST SETTLEMENT CORP     UNSECURED             642.36            .00        211.98
LORD & TAYLOR             UNSECURED             225.46            .00         74.40
MARSHALL FIELDS           UNSECURED            1010.93            .00        333.61
ECAST SETTLEMENT CORP     UNSECURED            1333.87            .00        440.18
WORLD FINANCIAL NETWORK   UNSECURED             489.27            .00        161.46
RESURGENT CAPITAL SERVIC  UNSECURED             332.83            .00        109.83
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE        500.00             .00        500.00
LEGAL HELPERS PC          DEBTOR ATTY        1,700.00                      1,700.00
TOM VAUGHN                TRUSTEE                                             996.97
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              18,021.00


                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 08292 JAMILA M MARTIN
```

```
PRIORITY                                                             .00
SECURED                                                         2,042.77
    INTEREST                                                      551.04
UNSECURED                                                      12,730.22
ADMINISTRATIVE                                                  1,700.00
TRUSTEE COMPENSATION                                              996.97
DEBTOR REFUND                                                        .00
                                  ---------------      ---------------
TOTALS                                  18,021.00            18,021.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


   Dated: 11/20/08                    /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE










                              PAGE   2
          CASE NO. 05 B 08292 JAMILA M MARTIN